Argued 7 August, decided 3 September, 1907.

**LOGAN *v.* BENSON.**

91 Pac. 581.

From Marion: WILLIAM GALLOWAY. Judge.

This is a suit to enjoin the defendant, as Secretary of State, from filing a referendum petition, seeking to invoke the referendum upon House Bill No. 241 (Laws 1907, p. 118), requiring transportation companies to grant free transportation to public officials.

For appellant there was a brief over the names of *Mr. Andrew M. Crawford,* Attorney General, *Mr. Lionel R. Webster* and *Mr. Seneca Smith,* with oral arguments by *Messrs. Crawford, Webster* and *Smith.*

For respondent there was a brief over the names of *Mr. Dan J. Malarkey* and *Mr. John F. Logan,* with oral arguments by *Mr. Malarkey* and *Mr. Logan.*

REVERSED.

MR. JUSTICE EAKIN delivered the opinion of the court.

This suit was argued and submitted with the case of *Stevens* v. *Benson.* 50 Or. 269 (91 Pac. 57), and involved the same question; and upon the authority of that case the decree of the lower court is reversed, and a decree will be entered here dissolving the injunction and dismissing the suit.     REVERSED.